

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00566-CV

**IN THE INTEREST OF A.H.**, A.W., and A.L.W., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02438
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. The motion to withdraw filed by appellant's counsel is DENIED.

SIGNED April 7, 2021.

Liza A. Rodriguez, Justice